Rufus L. Hemingway #14806-014
F.C.I Allenwood
P.O. Box 2000
White Deer, PA 17887-2000

September 8, 2004

District Court
Clerks Office
450 Main St.
Hartford, CT 06103

ATTN: Clerk of Judge Christopher F. Droney

I am writing to inquire how I could receive a copy of my sentencing transcripts. If you could please respond as quickly as it is convenient for you to I would greatly appreciate it.

Case # 03:02CR00257CFD

Sincerely,

*Rufus L. Hemingway*
Rufus L. Hemingway

---

The clerk is ordered to docket this letter as a motion requesting a transcript and include it in the Court's file. The request is DENIED, as premature, as the movant has not filed a motion for relief pursuant to 28 U.S.C. § 2255. See U.S. v. Horvath, 157 F.3d 131 (2d Cir. 1998). This ruling is without prejudice to filing a transcript request subsequent to a $2255 motion. SO ORDERED.

Christopher F. Droney
United States District Judge
11/9/04