Date filed 7-20-04

Clerks office                              03:02CR00257CFD

I was sentence in thee above case on June 2nd, 2004. I immediately asked my attorney Mr. Jon L. Schoenhorn to appeal the sentencing desision, because it's unfair and unjust. I have constintly tried to contact Mr. Schoenhorn but my calls were always denied! Now I am writing the clerks office to find out what is the status of my appeal?

I also would like to know how could I obtain my sentencing transcrips?

RECEIVED
JUL 23 2004
U.S. DISTRICT COURT
HARTFORD, CONN.

FILED
2004 NOV 10 P 12:36
U.S. DISTRICT COURT
HARTFORD, CT.
#1280014

Sincerly,

Rufus L. Hemingway

F.C.I. Allenwood
P.O. Box 2000
White Deer PA.
17887-2000

COPY

The Clerk is directed to docket this letter and include it in the Court's file. So ordered

Christopher F. Droney
United States District Judge
11/9/04